**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

ROBERT GREER and JAMES REIMER,
on behalf of themselves and
all others similarly situated,

        **Plaintiffs,**

      **v.**                          **Civil Action No.: 3:19-CV-00518-plr-dcp
Honorable Judge Reeves/Poplin**

STRANGE HONEY FARM, LLC,
a domestic limited liability company,
GARY STRANGE and FONDA STRANGE,
owners and members,

        **Defendants.**

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Robert

Greer and James Reimer, and Defendants Strange Honey Farm, LLC, Gary Strange and Fonda

Strange, hereby stipulate that the subject action can be dismissed, without prejudice, with each

party to bear its own costs and expenses, and request that the Court "so order" this dismissal.

This 15th day of February, 2020.

                                    HOLIFIELD JANICH & FERRERA, PLLC

                                    By: /s/ Al Holifield
                                    Al Holifield (Bar No. 015494)
                                    E-mail: aholifield@holifieldlaw.com
                                    11907 Kingston Pike, Suite 201
                                    Knoxville, TN 37934
                                    Phone: (865) 566-0115

KENT A. HEITZINGER & ASSOCIATES

By: /s/ Kent A. Heitzinger
Kent A. Heitzinger Illinois Bar No. 3123385
E-mail: heitzinger.law@gmail.com
1056 Gage St., # 200
Winnetka, IL 60093
Phone: (847) 446-2430


THE LAW OFFICE OF TERRENCE BUEHLER

By: /s/ Terrence Buehler
Terrence Buehler
Illinois Bar No. 6181738
E-mail: tbuehler@tbuehlerlaw.com
1 South Wacker Drive, Suite 3140
Chicago, IL 60606
Phone: (312) 371-4385

*Attorneys for Plaintiffs Robert Greer and James Reimer*


GORDON BALL, LLC

By: /s/ Gordon Ball
Gordon Ball (Bar No. 001135)
7001 Old Kent Drive
Knoxville, TN  37919
Phone:  (865) 525-7028
Email:  GBall@GordonBall.com

*Attorney for Defendants Strange Honey Farm, LLC, Gary Strange, and Fonda Strange*

4831-9030-7508, v. 1